# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In re:  GABRIELA BENEDETTO<br><br><br><br>Debtor(s) | Bankruptcy No.: 10-48752-LJT<br>R.S. No. JCD-207<br>Hearing Date: September 24, 2010<br>Time: 11:00 am |

### Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions.  Complete Section B for mobile homes, motor vehicles, and personal property.  Complete Section C for real property.  Utilize Section C as necessary.  If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

| | |
|---|---|
| (A)  Date Petition Filed:  July 30, 2010 | Chapter: 7 |
| Prior hearings on this obligation: N/A | Last Day to File §523/§727 Complaints:  11/09/2010 |

(B)  Description of personal property collateral (e.g. 1983 Ford Taurus):

Secured Creditor   [    ] or lessor [    ]
Fair market value:     $                              Source of value:
Contract Balance:     $                              Pre-Petition Default:$
Monthly Payment:     $                              No. of months:
Insurance Advance:  $                              Post-Petition Default:$
                                                                  No. of months:

(C)  Description of real property collateral (e.g. Single family residence, Oakland, CA): 4527 Brannigan Street, Dublin, California 94568

| | |
|---|---|
| Fair market value: $450,000.00 | Source of value: Debtor(s) Bankruptcy Schedules A & D<br><br>If appraisal, date: |

Moving Party's position (first trust deed, second, abstract, etc.): 1st

| | |
|---|---|
| Approx. Bal.  $598,948.56<br>As of (date):  August 13, 2010<br>Mo. payment: $ 4,399.82<br>Notice of Default (date):        N/A<br>Notice of Trustee's Sale:       N/A | Pre-Petition Default:        $47,567.09<br>No. of months:   10<br>Post-Petition Default:        $4,399.82<br>No. of months:   1<br>Advances Senior Liens:     $ |

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: Movant | $598,948.56 | $4,399.82 | $51,966.91 |
| The Cottages HOA: | $1,470.00 | $ | $ |
| | $ | $ | $ |
| | $ | $ | $ |
| Costs of Sale (8%) | $36,000.00 | $ | $ |
| | (Total) $636,418.56 | $4,399.82 | $51,966.91 |

(D)  Other pertinent information:  Come hearing the September payment will become due.

| | |
|---|---|
| Dated: August 26, 2010 | /s/ JOSEPH C. DELMOTTE (CA SBN 259460)<br>Signature<br><br>JOSEPH C. DELMOTTE<br>Print or Type Name<br>Attorney for HSBC Bank USA, National Association as Trustee<br>for Wells Fargo Asset Securities Corporation,<br>Mortgage Pass-Through Certificates, Series 2007-11 |